DORMAN L. ORMSBY v. HILLTOP AUTOMOBILE STATION.— Application for leave to appeal and motion for stay granted on condition that a stipula-

tion be executed similar to that heretofore entered into with the attorneys for the petitioner herein, and a bond given for $250 to cover costs and disbursements. Order on application for leave to appeal signed. Order granting stay to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.